**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF NEVADA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT

| | |
|---|---|
| YVONNE EVANS and BILL EVANS, | CASE NO. 2:21-CV-00471-TLN-DB |
| Plaintiffs | **STIPULATION FOR EXTENSION OF TIME AND ORDER** |
| v. | |
| COUNTY OF NEVADA, a public entity, KEITHER ROYAL, in his individual capacity and an individual, and DOES 1 through 10.inclusive, | Complaint Filed: 3/15/21 |
| Defendants. | |

On June 9, 2021, Plaintiff served the complaint in this action on the County of Nevada. The parties to this action are also involved in another related litigation, *Evans v. County of Nevada, et al*. filed in State Court, County of Nevada. There is a mediation set in that case for July 9, 2021. If a settlement is reached during that mediation, this matter will also be resolved. Therefore, the parties stipulate and agree that:

1. The County does not need to respond to the complaint until 20 days after the completion of the mediation, and

2. Service of defendant Sheriff Royal can be put off until after the mediation

**IT IS SO STIPULATED.**

/ / /

Date: June 11, 2021         PORTER SCOTT
                                      A PROFESSIONAL CORPORATION


                            By   /s/Cral L. Fessenden
                                    Carl L. Fessenden
                                    Attorney for Defendants


Date: June 11, 2021         LAW OFFICES OF KERRY S. SCHAFFER


                            By   /s/Kerry S. Schaffer (Authorized on 6/11/21)
                                    Kerry S. Schaffer
                                    Attorney for Plaintiffs


## ORDER

**IT IS SO ORDERED.**

Date: June 14, 2021
                            _____
                            Troy L. Nunley
                            United States District Judge